MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgattorneys.com
pjurani@ocgattorneys.com
Attorney for Defendant
*Costco Wholesale Corporation*

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS ANDREW MARTINEZ,<br><br>Plaintiff<br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation, DOE EMPLOYEES I through X; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant | CASE NO.: 2:25-cv-01969-CDS-MDC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff NICHOLAS ANDREW MARTINEZ and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

All parties are to bear their own costs, attorneys' fees and expenses related hereto. No trial date has yet to be set in this matter.

**SO STIPULATED:**

DATED this 4th day of August, 2026.

GEORGE T. BOCHANIS, LTD.

*/s/ George T. Bochanis, Esq.*

GEORGE T. BOCHANIS, ESQ.
Nevada Bar No.: 002262
631 S. Ninth St.
Las Vegas, NV 89101
Attorney for Plaintiff

DATED this 4th day of August, 2026.

OLSON CANNON & GORMLEY

*/s/ Michael A. Federico, Esq.*

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 5946
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
Attorney for Defendant

Pursuant to the stipulation of dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff NICHOLAS ANDREW MARTINEZ against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto. The clerk of court is kindly instructed to close this case.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
OLSON CANNON & GORMLEY

*/s/ Michael A. Federico, Esq.*

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701